# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSICA ARNOLD,
Petitioner,
vs.
JACOB DREY,
Respondent.

No. 77796

FILED

MAR 2 2 2019

## *ORDER DISMISSING PETITION*

This petition was docketed in this court on January 3, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Jessica Arnold
Lincoln, Gustafson & Cercos
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-12779